UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2375 (PAM/JGL)

NEBRASKA BEEF LIMITED,

Plaintiff,

v.

**PRETRIAL ORDER**

WELLS FARGO BUSINESS CREDIT, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to May 1, 2002;

3. The period during which the parties may seek discovery shall be completed by February 1, 2003;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2003;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to April 1, 2003; and

6. This case will be considered "ready for trial" as of April 1, 2003.

DATED: March 26, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed____________
Richard D. Sletten, Clerk
Judgment Entd.____________
Deputy Clerk____________