IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

v.

Wells Fargo Business Credit, Inc. f/k/a Norwest Business Credit, Inc.,

Defendant.

CASE NO. 01-CV-2375 (~~PAM~~ JEL/JGL)

**STIPULATION AND ORDER EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS**

TO: Magistrate Judge Jonathan G. Lebedoff, Chief Magistrate Judge, Suite 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

IT IS HEREBY stipulated by the undersigned counsel that the deadline for filing of dispositive motions set forth in the Scheduling Order dated March 26, 2002 in the above-captioned matter be extended up to and including April 30, 2003.

Dated: 3/20, 2003

MOSS & BARNETT
A Professional Association

By [signature]
Mathew M. Meyer (#264416)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300
ATTORNEYS FOR PLAINTIFF

Dated: 3/21, 2003

FAEGRE & BENSON LLP

By [signature]
Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED BY THE COURT.

BY THE COURT:

Dated. March 24, 2003

[signature]
Jonathan G. Lebedoff
United States Magistrate Judge

FILED MAR 2 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

575599/1