IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

v.

Wells Fargo Business Credit, Inc. f/k/a
Norwest Business Credit, Inc.,

Defendant.

CASE NO. 01-CV-2375 (PAM/JEL)

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

Plaintiff may introduce the following exhibits during the trial of the above matter:

| Exhibit | Description |
|---|---|
| 1. | Comment Sheet dated June 30, 1997 |
| 2. | Correspondence to William P. Hughes dated June 30, 1997 |
| 3. | Letter agreement between Defendant Wells Fargo Business Credit, Inc. ("WFBCI") and NationsBank of Texas, N.A. dated September 30, 1997 |
| 4. | A Statement from June 1997 setting forth the overadvance fees and interest charged by WFBCI on the overadvance amounts |
| 5. | A letter dated January 9, 1997 from WFBCI informing Nebraska Beef that it was technically in default under various covenants included in the agreement |
| 6. | Letter from May 1997 from WFBCI claiming that Nebraska Beef was again in default of three covenants under the Amended Agreement |
| 7. | Letter dated December 23, 1997 from Mr. Hughes objecting to the assessment of the overadvance fees and demanding reimbursement |
| 8. | Amended and Restated Credit and Security Agreement dated May 29, 1996 |
| 9. | First Amendment to the Credit Agreement dated September 27, 1996 |
| 10. | Third Amendment to the Amended and Restated Credit and Security Agreement dated April 18, 1997 |
| 11. | Draft Amendment to the Credit Agreement from Wells Fargo to Nebraska Beef dated May 23, 1997 setting forth the Overadvance Fee structure for May |
| 12. | Proposed Amendment modifying the Overadvance Fee schedule from Wells Fargo to Nebraska Beef dated June 5, 1997 |

| Exhibit | Description |
|---|---|
| 13. | Letter from Mr. Hughes to WFBCI dated June 18, 1997 |

Plaintiff also incorporates by reference all exhibits identified by Defendant.

Plaintiff may call the following witnesses at the trial of this matter:

| WITNESS | ADDRESS | EXPERT |
|---|---|---|
| William Hughes – President Nebraska Beef | | NO |
| Susan N. Mack, Vice President, Wells Fargo Business Credit, Inc. | | |
| David E. Larson, Vice President, Wells Fargo Business Credit, Inc. | | NO |
| Michael J. Wolf – Former Asst. Vice President, Wells Fargo Business Credit, Inc. | | NO |
| Gerald Timmerman | | NO |
| Tasushi Yokozeki | | |
| Marvin Schreck | | NO |
| Scott Taylor – Vice President, NationsBank of Texas, N.A. | | NO |
| James Campbell, Executive Vice President, Wells Fargo Business Credit, Inc. | | |
| Richard Kovacevich, Wells Fargo Business Credit, Inc. | | |
| Debbie Lutton, Deputy Senior Regional Credit Officer, Norwest Bank Nebraska | | |
| Mark D. Kennedy, Chief Financial Officer, Nebraska Beef | | NO |

Plaintiff also incorporates by reference all witnesses identified by Defendant. Plaintiff reserves the right to supplement this Exhibit and Witness List and to call additional witnesses as necessary for impeachment and/or rebuttal.

784932v1

MOSS & BARNETT
A Professional Association

Dated: June 24, 2005.

By s/ J. Vincent Stevens
Mathew M. Meyer (#264416)
Mark B. Peterson (#14440X)
Kevin M. Busch (#134028)
J. Vincent Stevens (#325211)
90 South Seventh Street, Suite 4800
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300
ATTORNEYS FOR PLAINTIFF

784932v1