IN THE UNITD STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2005, I caused the following documents:

1. Plaintiff's Witness and Exhibit List;
2. Plaintiff's Bench Brief
3. Findings of Fact, Conclusions of Law and Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Charles Frederick Webber | cwebber@faeger.com, jholmgren@faegre.com |
| Kevin M. Busch | buschk@moss-barnett.com |
| Mathew M. Meyer | meyerm@moss-barnett.com |
| Mark B. Peterson | petersonm@moss-barnett.com |
| J. Vincent Stevens | stevensv@moss-barnett.com |

I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

MOSS & BARNETT
A Professional Association

Dated: June 24, 2005

**s/ J. Vincent Stevens**

Mathew M. Meyer (#264416)
Mark B. Peterson (#14440X)
Kevin M. Busch (#134028)
J. Vincent Stevens, (#325211)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

ATTORNEYS FOR PLAINTIFF