**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.,

Defendant.

Civil No. 01-CV-2375 JNE/JGL

**WELLS FARGO's NOTICE OF HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that the Court will hold a hearing on the motion of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc. ("Wells Fargo") for an order: 1) enforcing the terms of the Settlement Agreement and Mutual Release to which plaintiff's counsel manifested agreement on August 26, 2005; and 2) certifying for immediate appeal under Fed. R. Civ. P. 54(b) the Court's Order of January 20, 2004, granting Wells Fargo summary judgment on all of plaintiff's claims against it in this case. The hearing will be held on November 7, 2005 at 9:45 a.m. (or as soon thereafter as counsel may be heard) in Courtroom 12W of the United States Courthouse, Clerk of U. S. District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated: October 17, 2005

**FAEGRE & BENSON LLP**

s/ Charles F. Webber

Charles F. Webber (#215247)
Erik Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Wells Fargo Bank, N.A.,
successor by merger to
Wells Fargo Business Credit, Inc.,
f/k/a Norwest Business Credit, Inc.

M2:20748649.01