**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc.,
f/k/a Norwest Business Credit, Inc.,

Defendants.

Case No. 01-CV-2375 JNE/JGL

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**

I, Charles F. Webber, certify that defendant's Memorandum in Support of Motion to Enforce Settlement Agreement complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft® Office Word 2003 Version 11.6502.6360 SP1, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,786 words.

Date: October 19, 2005

s/ Charles F. Webber

Charles F. Webber
ID #215247
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorney for Defendant
Wells Fargo Bank, N.A., successor by merger to Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.

M2:20749443.01