IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

v.

Wells Fargo Business Credit, Inc. f/k/a Norwest Business Credit, Inc.,

Defendant.

CASE NO. 01-CV-2375 (PAM/JEL)

**MOSS & BARNETT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

PLEASE TAKE NOTICE that counsel for Plaintiff Nebraska Beef Limited hereby moves the Court pursuant to Federal Rule of Civil Procedure 83.7(c) for an order allowing its withdrawal as counsel for record.

Dated: October 24, 2005.

MOSS & BARNETT
A Professional Association

By s/ Mathew M. Meyer
Mathew M. Meyer (#264416)
Mark B. Peterson (#14440X)
Kevin M. Busch (#134028)
J. Vincent Stevens (#325211)
90 South Seventh Street, Suite 4800
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300
ATTORNEYS FOR PLAINTIFF