IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

v.

Wells Fargo Business Credit, Inc. f/k/a Norwest Business Credit, Inc.,

Defendant.

CASE NO. 01-CV-2375 (PAM/JEL)

**NOTICE OF HEARING ON MOSS & BARNETT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

PLEASE TAKE NOTICE that the Court will hold a hearing on the motion of counsel for Plaintiff Nebraska Beef Limited for an order allowing its withdrawal as counsel of record. The hearing will be held on November 7, 2005, at 9:45 a.m. before the Honorable Joan Ericksen, in Courtroom 12W of the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

MOSS & BARNETT
A Professional Association

Dated: October 24, 2005.

By s/ Mathew M. Meyer
Mathew M. Meyer (#264416)
Mark B. Peterson (#14440X)
Kevin M. Busch (#134028)
J. Vincent Stevens (#325211)
90 South Seventh Street, Suite 4800
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300
ATTORNEYS FOR PLAINTIFF