IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

v.

Wells Fargo Business Credit, Inc. f/k/a Norwest Business Credit, Inc.,

Defendant.

CASE NO. 01-CV-2375 (PAM/JEL)

**DECLARATION OF MATHEW M. MEYER IN SUPPORT OF MOSS & BARNETT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I, Mathew M. Meyer, hereby declare the following:

1. I am a shareholder with the law firm of Moss & Barnett, A Professional Association, and one of the attorneys representing Plaintiff Nebraska Beef Limited. I make this Declaration in Support of Plaintiff's Motion to Withdraw as Counsel of Record.

2. On June 27, 2005, I attended a settlement conference before the honorable Chief Magistrate Judge Lebedoff on behalf of Plaintiff Nebraska Beef Limited. Also in attendance on behalf of Plaintiff was Vincent Stevens, an attorney with the law firm of Moss & Barnett, and James Timmerman, an officer and the designated representative of Plaintiff for purposes of the settlement conference as ordered by Judge Lebedoff.

3. Following the June 27, 2005 settlement conference, I had various discussions and communications with Mr. Charles Webber regarding the proposed

settlement agreement between Plaintiff Nebraska Beef and Defendant Wells Fargo. Many of these communications are recited by Mr. Webber in his Declaration submitted to the court in support of Wells Fargo's motion to enforce settlement agreement.

4. Since October 11, 2005, the date I received correspondence from Mr. Webber regarding the plaintiff's motion to enforce the proposed settlement agreement between Wells Fargo and Nebraska Beef, I have been unable to prepare a response to that motion for reasons that are, and must remain confidential between Moss & Barnett and our client.

5. As a result, Moss & Barnett cannot continue its representation of Nebraska Beef in this matter. In addition, Moss & Barnett is obligated to withdraw because its attorneys may be called upon to give testimony under oath relative to the communications and actions relating to the proposed settlement agreement Wells Fargo now seeks to enforce.

6. In response to the foregoing, and by correspondence dated September 22, 2005, I have informed Nebraska Beef of Moss & Barnett's intention to withdraw as its counsel and I have advised it to obtain substitute counsel to represent it in any further proceedings in this matter. Since that communication, I have not heard from nor have I been informed by Nebraska Beef or its counsel whether it has obtained substitute counsel to represent it in this matter.

7. It is the desire of Moss & Barnett to be relieved of its responsibilities in representing Nebraska Beef in this matter, and to withdraw as Nebraska Beef's counsel of record pursuant to Local Rule of Practice 83.7(c).

8. It is my understanding that Mr. William Lamson, Nebraska Beef's regular counsel, is admitted to practice before the Eighth Circuit Court of Appeals, and has handled appeals before that tribunal. Attached as Exhibit A is a true and correct copy of a biographical profile of Mr. Lamson obtained from the internet at the following address: http://www.ldmlaw.com/attorney_profiles/william_lamson.asp

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of October, 2005, in ~~Minneapolis~~, Minnesota.

Mathew M. Meyer

818770v3