# EXHIBIT A

## Biographical Profile of Mr. Lamson

LAMSON, DUGAN & MURRAY, LLP
ATTORNEYS AT LAW





# WILLIAM M. LAMSON, JR.



**Born:** Laramie, Wyoming, June 28, 1943

**Education:** Wayne State College (B.A. Ed., 1966); University of Nebraska at Lincoln (J.D., 1969); Moot Court Board, National Moot Court Team

**Admitted to Bar and Courts:** 1969, Nebraska; U.S. District Court, District of Nebraska; U.S. Court of Appeals, Eighth Circuit; U.S. Supreme Court

**Adjunct Faculty:** Advanced Trial Practice; University of Nebraska College of Law, 1991-1993.

**Memberships:** Omaha Bar Association; Nebraska State Bar Association; American Bar Association; Nebraska Association of Defense Lawyers (Director, 1988-1991); Defense Research Institute; National Association of Railroad Trial Counsel

**Fellow:** American College of Trial Lawyers, International Society of Barristers

**Practice Emphasis:** Civil Litigation

William Lamson is a partner of Lamson, Dugan & Murray and Chairman of the Firm's Litigation Department. His practice encompasses state and federal court trial litigation and appeals, administrative proceedings and arbitrations. Mr. Lamson's litigation practice spans a broad spectrum and includes representing individuals and corporations in commercial matters, environmental, occupational and safety litigation and professional negligence claims.

Mr. Lamson represents individuals and corporations insured by many major insurance companies, including companies that provide coverage to health care professionals and entities. In the last twenty years of practice, he has handled a wide range of commercial and insurance defense matters, including breach of contract, hostile takeovers, reinsurance arbitration, insurance coverage, along with the defense of medical and legal malpractice cases.

Mr. Lamson is a 1969 graduate of the University of Nebraska. He is a Fellow of the American College of Trial Attorneys and the International Society of Barristers. He is also a member of the Nebraska Defense Lawyers Association,

and a member of the Defense Research Institute.