IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

v.

Wells Fargo Business Credit, Inc. f/k/a Norwest Business Credit, Inc.,

Defendant.

CASE NO. 01-CV-2375 (PAM/JEL)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2005, I caused the

1. Moss & Barnett's Motion to Withdraw as Counsel of Record;
2. Notice of Hearing on Moss & Barnett's Motion to Withdraw as Counsel of Record;
3. Memorandum of Law in Support of Moss & Barnett's Motion to Withdraw as Counsel of Record;
4. Declaration of Mathew M. Meyer in Support of Moss & Barnett's Motion to Withdraw as Counsel of Record

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Charles Frederick Webber | cwebber@faegre.com, jholmgren@faegre.com |
| Kevin M. Busch | buschk@moss-barnett.com |
| Mathew M. Meyer | meyerm@moss-barnett.com |
| Mark B. Peterson | petersonm@moss-barnett.com |
| J. Vincent Stevens | stevensv@moss-barnett.com |

I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by first class mail, postage paid, and via facsimile to the following non-ECF participants:

William M. Lamson, Jr., Esq.
Lamson, Dugan & Murray, LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114

Mr. William Hughes
Nebraska Beef Limited
4501 So. 36th Street
Omaha NE 68107

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Honorable Joan Ericksen joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Charles Frederick Webber cwebber@faegre.com, jholmgren@faegre.com

MOSS & BARNETT
A Professional Association

Dated: October 24, 2005

**s/ Mathew M. Meyer**

Mathew M. Meyer (#264416)
Mark B. Peterson (#14440X)
Kevin M. Busch (#134028)
J. Vincent Stevens, (#325211)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300
ATTORNEYS FOR PLAINTIFF