IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

v.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.,

Defendant.

Court File No. 01-CV-2375 PAM/JEL

**WORD COUNT COMPLIANCE REGARDING MEMORANDUM OF LAW IN SUPPORT OF MOSS & BARNETT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I hereby certify that the foregoing document complies with the length and type size requirements set forth in Local Rule 7.1. The document was prepared using Microsoft Word 2002 (Version 11) and the Times New 13 font. According to the word processing system's word count, this document contains no more than 5,100 words, including headings, footnotes and quotations, and excluding the caption, signature block and this certification.

MOSS & BARNETT
A Professional Association

Dated: October 24, 2005.

By s/ Mathew M. Meyer__________

Mathew M. Meyer (#264416)
Mark B. Peterson (#14440X)
Kevin M. Busch (#134028)
J. Vincent Stevens (#325211)
90 South Seventh Street, Suite 4800
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300
ATTORNEYS FOR PLAINTIFF