**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.,

Defendant.

Civil No. 01-CV-2375 JNE/JGL

**WELLS FARGO's RESPONSE TO MOSS & BARNETT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Moss & Barnett has moved to withdraw as counsel for plaintiff Nebraska Beef Limited on a number of grounds. One of the proffered reasons for withdrawal – *i.e.*, the chance that Moss & Barnett's lead lawyer may be called as a witness to testify with respect to Wells Fargo's pending motion to enforce the parties' settlement agreement – is not a compelling reason to withdraw. Wells Fargo's motion is based on written documents, so oral testimony from attorneys regarding the settlement agreement would likely be unnecessary. And Moss & Barnett's memorandum in support of its motion states that the firm notified Nebraska Beef of its intention to withdraw in September, weeks before Wells Fargo filed its motion to enforce the settlement. Thus, Moss & Barnett clearly wanted to withdraw long before the possibility arose that one of its attorneys may have to testify at a hearing on Wells Fargo's motion to enforce the settlement.

The better grounds for Moss & Barnett's motion to withdraw are "Nebraska Beef's failure to communicate with its counsel, and to give adequate guidance regarding Wells Fargo's pending motion." (Moss & Barnett Memo. at 1.) Wells Fargo has no basis to dispute Moss & Barnett's claims that Nebraska Beef is being uncooperative, and that Moss & Barnett want to

withdraw because of it. And if Moss & Barnett has been unable to get any response out of its client since September, that is indeed a problem.

Nebraska Beef's recalcitrance has caused this case to drag on far longer than it should have, and Wells Fargo fears that Nebraska Beef's refusal to cooperate with its local counsel is simply a gambit to cause further delay. But Wells Fargo also has no desire to subject Moss & Barnett to involuntary servitude in the form of a client relationship that it wishes to sever. Thus, Wells Fargo does not object to Moss & Barnett's motion to withdraw as counsel, as long as Nebraska Beef moves expeditiously to secure replacement counsel.

Dated: October 26, 2005

**FAEGRE & BENSON LLP**

s/ Charles F. Webber
Charles F. Webber (#215247)
Erik Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Wells Fargo Bank, N.A.,
successor by merger to
Wells Fargo Business Credit, Inc.,
f/k/a Norwest Business Credit, Inc.

M2:20748649.01