IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

v.

Wells Fargo Business Credit, Inc. f/k/a
Norwest Business Credit, Inc.,

Defendant.

01cv2375 (JNE/FLN)

**ORDER**

Before the Court is the motion of Moss & Barnett, A Professional Association's to withdraw as counsel for Plaintiff Nebraska Beef Limited pursuant to Local Rule 83.7(c) [Docket Entry #46].

Based upon all the files, records and proceedings herein,

The Court hereby finds that good cause has been presented in support of Moss & Barnett's motion to withdraw as counsel pursuant to Local Rule 83.7(c); and

IT IS HEREBY ORDERED that Moss & Barnett's Motion to withdraw as counsel for Plaintiff Nebraska Beef Limited in this matter [Docket Entry #46] is hereby GRANTED.

Dated: November 2, 2005.

s/ Joan N. Ericksen
Joan N. Ericksen
United States District Court Judge