**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.

Defendant.

Civil No. 01-CV-2375 (JNE/JGL)

**STIPULATION TO RULE 54(b) CERTIFICATION**

The parties hereby stipulate that the Court may enter an Order of Certification Under Rule 54(b) in the form attached hereto without further notice or a hearing.

Dated: November 28, 2005

LAMSON, DUGAN and MURRAY, LLP

s/William M. Lamson, Jr.
William M. Lamson, Jr., #12374
Brian J. Brislen, #22226
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300 = telephone
(402) 397-8450 = facsimile

ATTORNEYS FOR PLAINTIFF
NEBRASKA BEEF LIMITED

Dated: December 1, 2005

FAEGRE & BENSON LLP

s/Erik J. Girvan
Charles F. Webber, #215247
Erik J. Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000 = telephone
(612) 766-1600 = facsimile

ATTORNEYS FOR DEFENDANT
WELLS FARGO BUSINESS CREDIT, INC.

M2:20758678.01

**EXHIBIT A**