**United States District Court**
**District of Minnesota**

***Nebraska Beef Limited v.***
***Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.***
**Civil No. 01-cv-2375 (JNE/JGL)**

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I caused the following document to be filed electronically with the Clerk of Court through ECF:

- Stipulation to Rule 54(b) Certification

and caused a copy of the [Proposed] Order for Rule 54(b) Certification to be sent to The Honorable Joan Ericksen, United States District Court Judge at the following e-mail address: joanericksen_chambers@mnd.uscourts.gov

and that I sent both of the above-named documents to counsel for Plaintiff Nebraska Beef Limited at the following address by United States mail:

William M. Lamson, Jr.
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300 = telephone
(402) 397-8450 = facsimile

FAEGRE & BENSON LLP

s/Erik J. Girvan
Charles F. Webber, #215247
Erik J. Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000 = telephone
(612) 766-1600 = facsimile

ATTORNEYS FOR DEFENDANT WELLS FARGO BUSINESS CREDIT, INC.