**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a
Norwest Business Credit, Inc.

Defendant.

Civil No. 01-CV-2375 (JNE/FLN)

**ORDER FOR**
**RULE 54(b) CERTIFICATION**

The above-captioned matter is before this Court pursuant to the stipulation and agreement of the parties (Docket No. 56) that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, final judgment of dismissal may be entered on Plaintiff's claims.

Based upon the submissions of the parties and all of the files, records, and proceedings herein, including the Order of the Court dated January 20, 2004, this Court has expressly determined that there is no just reason for delay in the entry of a final judgment, in favor of Defendant Wells Fargo Business Credit, Inc. ("Wells Fargo") and against Nebraska Beef Limited ("Nebraska Beef") on Nebraska Beef's claims against Wells Fargo.

**IT IS HEREBY ORDERED:**

That a final judgment in favor of Defendant Wells Fargo Business Credit, Inc. ("Wells Fargo") and against Nebraska Beef Limited ("Nebraska Beef") on Nebraska Beef's claims against Wells Fargo shall be entered forthwith.

**IT IS FURTHER ORDERED:**

That all proceedings on Wells Fargo's counterclaim against Nebraska Beef are stayed pending appellate court review of the final judgment on Nebraska Beef's claims against Wells Fargo.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 5, 2005

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge