✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Nebraska Beef Limited,

V.

Wells Fargo Business Credit, Inc., f/k/a
Norwest Business Credit, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-2375 (JNE/FLN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Final judgment is entered in favor of Defendant Wells Fargo Business Credit, Inc. ("Wells Fargo") and against Nebraska Beef Limited ("Nebraska Beef") on Nebraska Beef's claims against Wells Fargo.

All proceedings on Wells Fargo's counterclaim against Nebraska Beef are stayed pending appellate court review of the final judgment on Nebraska Beef's claims against Wells Fargo.

December 7, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk