# UNITED STATES DISTRICT COURT
## District of Minnesota

Clear Form

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:01-cv-2375 **Case Title:** Nebraska Beef Ltd, et al v. Wells Fargo Business

**Affidavit of Movant**

I, Cynthia M. Klaus, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William M. Lamson, Jr, attorney admitted to practice and currently in good standing in the U.S. District Court for the Nebraska, but not admitted to the bar of this court, who will be counsel for the ☒ plaintiff ☐ defendant ______ in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☒ 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
☐ 2. I am not a resident of the State of Minnesota.
☐ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature: Cynthia M. Klaus 27883X 12-29-2005
Typed Name: Cynthia M. Klaus MN Attorney License # Date

**Affidavit of Resident Minnesota Bar Member** (Required **ONLY if movant checks box 2 or 3 above.**)

I, ______, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature: ______
Typed Name: ______ MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, William M. Lamson, Jr., am currently a member in good standing of the U.S. District Court for the Nebraska, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

William M. Lamson, Jr. William M Lamson Jr 12-12-05
Type/Print Name (must match name above) Signature Date

Attorney License Number: 12374 issued by the State of NE (initials)
Law Firm Name: Lamson, Dugan and Murray, LLP Main Phone: (402) 397-7300
Law Firm Addrs: 10306 Regency Parkway Drive Direct Phone: ( ) ______
Omaha, NE 68114 E-mail Addrs: wlamson@ldmlaw.com

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file first page. A check in the amount of the Pro Hac Vice admission fee of $25 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.