UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nebraska Beef, Ltd., File No. 01-CV-2375 JNE/FLN

Plaintiffs,

v.

**CERTIFICATE OF SERVICE**

Wells Fargo Business,

Defendant.

---

I hereby certify that on December 29, 2005, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Motion for Admission Pro Hac Vice in re William M. Lamson, Jr.

2. Motion for Admission Pro Hac Vice in re Brian J. Brislen

and I certify that I caused a copy of these documents to be mailed by first class mail, postage paid, as noted below, to the following:

Charles F. Webber
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Dated: December 29, 2005

s/Cynthia M. Klaus
Cynthia M. Klaus (27883X)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff Nebraska Beef, Ltd.