# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ____________

STYLE OF CASE:

NEBRASKA BEEF, LIMITED,

Appellant/Appellee,

vs.

WELLS FARGO BUSINESS CREDIT, INC., f/k/a NORWEST BUSINESS CREDIT, INC.

Appellant/Appellee

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

William M. Lamson, Jr.
Brian J. Brislen
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
t: 402-397-7300

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Charles F. Webber
Erik J. Girvan
2200 South Seventh Street
Minneapolis, MN 55402-3901
t: 612-766-7000

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). [ ] Yes. [✓] No.

Whether the District Court erred in denying Nebraska Beef's motion for summary judgment on the issue of whether Nebraska Beef is entitled to recover overadvance fees it was charged by Wells Fargo and whether the District Court erred in granting Wells Fargo's motion for partial summary judgment on that issue.

FOR LEAD COUNSEL ONLY
I [✓] have ([ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [ ] is ([✓] is not ) amenable to settlement.

Submitted by: William M. Lamson Jr. 12-30-05
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

[✓] **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R. 25A(a).**