UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nebraska Beef, Limited,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Business Credit, Inc.,<br>f/k/a Norwest Business Credit, Inc.,<br><br>Defendant. | File No. 01-CV-2375 (JNE/JGL)<br><br>CIVIL<br><br>**CERTIFICATE OF SERVICE** |

---

I hereby certify that on January 4, 2006 I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Notice of Appeal; and

2. Appellant's Form A

and I certify that I caused a copy of these documents to be mailed by first class mail, postage paid, as noted below, to the following:

Charles F. Webber
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Dated: January 4, 2006

s/Cynthia M. Klaus
Cynthia M. Klaus (27883X)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff Nebraska Beef Limited

1050812.1