Wed Jan 4 10:54:16 2006

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 290448
Cashier larry

Check Number: 171446

DO Code 4641
Div No 4

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

LARKIN HOFFMAN DALY 01CV2375 JNE/JGL

APPEAL FEE

Wed Jan 4 10:54:16 2006

Check No. 171446
Amount 255.00
For any Federal Reserve Bank or
General Depositary for credit to
United States Treasury Symbol 4641

SCANNED
JAN 04 2006
U.S. DISTRICT COURT MPLS