UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nebraska Beef, Limited, | File No. 01-CV-2375 (JNE/JGL) |
| Plaintiff, | CIVIL |
| v. | **NOTICE OF APPEAL** |
| Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc., | |
| Defendant. | |

---

NOTICE IS HEREBY GIVEN that Plaintiff, Nebraska Beef, Limited, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit, from the Order filed January 20, 2004 (Filing No. 33), in which the United States District Court for the District of Minnesota denied Plaintiff's Motion for Summary Judgment and granted Defendant's Motion for Partial Summary Judgment.

Dated:

s/Cynthia M. Klaus

Cynthia M. Klaus (27883X)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(952) 835-3800

and

William M. Lamson, Jr., (Neb.# 12374)
Brian J. Brislen (Neb.# 22226)
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300

Attorneys for Plaintiff Nebraska Beef, Limited

1050664.1