# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 06-1207**

**Nebraska Beef, LIMITED,**

**Appellant**

**v.**

**Wells Fargo Business Credit, INC., f/k/a Norwest Business Credit, Inc.,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(CIV 01-2375 JNE/JGL)

---

## MANDATE

In accordance with the opinion and judgment of December 11, 2006, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 17, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit