**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven Geelan, on behalf of himself and all others similarly situated,
Michael Gray, on behalf of himself and all others similarly situated, and
Judith Chapman, on behalf of herself and all others similarly situated,

Plaintiffs,

vs.

The Mark Travel Corporation,

Defendant.

Civil No. 03-6322 (DSD/JSM)

---

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING WELLS FARGO'S MEMORANDUM IN SUPPORT OF SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENT**

I, Charles F. Webber, certify that Wells Fargo's Memorandum In Support Of Second Motion To Enforce Settlement Agreement with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft® Office Word 2003 Version 11.8106.8036 SP2, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,149 words, exclusive of the caption and signature block.

Date: January 23, 2007

s/ Charles F. Webber

Charles F. Webber
ID #215247
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorney for Defendant
Wells Fargo Bank, N.A.

fb.us.1783611.01