**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a
Norwest Business Credit, Inc.,

Defendant.

Case No. 01-CV-2375 (JNE/FLN)

# WELLS FARGO'S INDEX OF EXHIBITS TO SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENT

| DESCRIPTION | DATE | PAGES |
|---|---|---|
| | | |
| Settlement Agreement and Mutual Release | August 2005 | 1-7 |
| Letter from Charles F. Webber to William M. Lamson, Jr. | January 4, 2007 | 8 |
| Wells Fargo's Statement of Costs, Expenses, and Attorneys' Fees Incurred on Appeal | January 3, 2007 | 9-14 |
| | | |

fb.us.1783564.01