# SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release ("Agreement") is entered into as of this ______ day of August, 2005 by Nebraska Beef Limited, also known as "Nebraska Beef, Ltd." ("Nebraska Beef") and Wells Fargo Bank, N.A., successor by merger to Wells Fargo Business Credit, Inc., formerly known as Norwest Business Credit, Inc. ("Wells Fargo").

Nebraska Beef commenced an action against Wells Fargo in the United States District Court for the District of Minnesota, entitled Nebraska Beef Limited v. Wells Fargo Business Credit, Inc., Case No. 01-2375 (the "Action"), asserting a claim against Wells Fargo. Wells Fargo then asserted a counterclaim against Nebraska Beef. On January 20, 2004, the Court entered summary judgment in favor of Wells Fargo and against Nebraska Beef on Nebraska Beef's claim against Wells Fargo (the "Summary Judgment Order"), and denied Nebraska Beef's motion for summary judgment on Wells Fargo's counterclaim.

Nebraska Beef and Wells Fargo now wish to avoid the risk and expense of further litigation and to resolve all disputes between them.

THEREFORE, the parties hereto hereby agree as follows:

1. Counsel for Wells Fargo shall execute and deliver to counsel for Nebraska Beef a Stipulation to Rule 54(b) Certification (the "Certification Stipulation") in the form attached hereto as Exhibit A. Nebraska Beef may (but need not) file the Certification Stipulation with the Court.

2. If Nebraska Beef does not file the Certification Stipulation with the Court within 30 days of the date that Wells Fargo's counsel delivers the Certification Stipulation to Nebraska Beef's counsel, then: (a) Nebraska Beef shall pay $52,997.12 to Wells Fargo within

40 days of the date that Wells Fargo's counsel delivers the Certification Stipulation to Nebraska Beef's counsel, and (b) Wells Fargo's counsel shall, upon receipt of the payment described above, deliver to Nebraska Beef's counsel a Stipulation of Dismissal in the form attached hereto as Exhibit B.

3. If Nebraska Beef files the Certification Stipulation with the Court and the Court enters an order under Fed. R. Civ. P. 54(b) certifying the Summary Judgment Order for immediate appeal, but Nebraska Beef does not file a timely appeal of the Summary Judgment Order, then: (a) Nebraska Beef shall pay $52,997.12 to Wells Fargo within 10 days of the date that its notice of appeal of the Summary Judgment order would have been due under the Federal Rules of Appellate Procedure, and (b) Wells Fargo's counsel shall, upon receipt of the payment described above, deliver to Nebraska Beef's counsel a Stipulation of Dismissal in the form attached hereto as Exhibit B.

4. If Nebraska Beef files a timely appeal of the Summary Judgment Order, and either: (a) Nebraska Beef does not pursue the appeal to judgment in the United States Court of Appeals for the Eighth Circuit, or (b) the Eighth Circuit affirms the Summary Judgment Order, then: (c) Nebraska Beef shall pay to Wells Fargo: (i) $102,997.12, plus (ii) all costs, expenses, and attorneys' fees incurred by Wells Fargo relating to the appeal, within 10 days of the date that Wells Fargo delivers a statement of those costs, expenses, and attorneys' fees to Nebraska Beef or its counsel, and (d) Wells Fargo's counsel shall, upon receipt of the payment described above, deliver to Nebraska Beef's counsel a Stipulation of Dismissal in the form attached hereto as Exhibit B.

5. If Nebraska Beef files a timely appeal of the Summary Judgment Order and the Eighth Circuit reverses the Summary Judgment Order and remands it to the District Court for further proceedings, then Nebraska Beef and Wells Fargo may pursue their respective claims in the District Court in accordance with the Eighth Circuit's judgment, any past orders of the District Court that are unaffected by the Eighth Circuit's judgment, and any subsequent orders of the District Court.

6. If the District Court refuses to enter an order under Fed. R. Civ. P. 54(b) in response to the Certification Stipulation or if the Eighth Circuit refuses to accept the District Court's certification under Fed. R. Civ. P. 54(b) and refuses to entertain an appeal from the Summary Judgment Order, this Settlement Agreement shall become null and void and the parties shall retain whatever rights they had prior to agreeing to compromise their claims against one another in the manner set forth in this Agreement.

7. As a part of the consideration of this agreement, the parties agree that upon Wells Fargo's delivery to Nebraska Beef of an executed Stipulation of Dismissal in accordance with Sections 2, 3, or 4 above, both Nebraska Beef and Wells Fargo shall be deemed to have remised, released and forever discharged each other and each other's respective affiliates, subsidiaries, parent companies, predecessors, successors, joint venturers, officers, directors, shareholders, members, employees, agents, servants, beneficiaries, assigns, representatives and attorneys (collectively the "Released Parties") of and from all manner of actions, causes and causes of action, suits, debts, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims and demands, whatsoever, at

law or in equity, which either party ever had, now has, or may have in the future, that relate in any way to the loan(s) and transaction(s) at issue in the Action.

8. It is understood and agreed that Nebraska Beef and Wells Fargo have at all times denied and still deny any liability to one another, and that they are entering into this agreement in compromise of disputed claims. Nothing contained herein shall be construed as an admission by Nebraska Beef or Wells Fargo of any liability to one another or to any other entity.

9. No breach of any provision hereof can be waived by either party unless in writing. Waiver of any one breach by a party shall not be deemed to be a waiver of any other breach of the same or any other provision hereof.

10. Nebraska Beef and Wells Fargo each acknowledges and represents that it is represented by a licensed attorney and has had the opportunity to consult with an attorney of its choice with respect to this Agreement. Each of the parties represents and declares that in executing this Agreement, it has relied solely upon its own judgment, belief and knowledge, and the judgment, belief, and knowledge of an attorney of its choice, concerning the nature, extent and duration of its rights and claims, and that it has not been influenced to any extent whatsoever in executing this Agreement by any representations or statements by the other party that are not expressly contained or referred to herein.

11. Because each party's attorney has reviewed this Agreement, the normal rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be employed in the interpretation of this Agreement.

12. Each of the signatories to this Agreement represents that he or she has full authority to execute this Agreement on behalf of the party for whom he or she is executing the Agreement.

13. This Agreement shall be governed by, construed and enforced in accordance with the laws of the State of Minnesota.

NEBRASKA BEEF, LTD.

By Wm. Hughes

Its General Partner - President

WELLS FARGO BUSINESS CREDIT, INC.

By ______________________

Its Vice President

M2:20357353.01

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a
Norwest Business Credit, Inc.,

Defendant.

Civil No. 01-CV-2375 (JNE/JGL)

**STIPULATION TO RULE 54(b) CERTIFICATION**

The parties hereby stipulate that the Court may enter an Order of Certification Under Rule 54(b) in the form attached hereto without further notice or a hearing.

Dated:______________________________

LAMSON, DUGAN and MURRAY, LLP

*William M. Lamson* [signature]

William M. Lamson, Jr., #12374
Brian J. Brislen, #22226
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300 = telephone
(402) 397-8450 = facsimile

ATTORNEYS FOR PLAINTIFF
NEBRASKA BEEF LIMITED

Dated:______________________________

FAEGRE & BENSON, LLP

______________________________

Charles F. Webber, #215247
Erik J. Girvan, #320079
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000 = telephone
(612) 766-1600 = facsimile

ATTORNEYS FOR DEFENDANT
WELLS FARGO BUSINESS CREDIT

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nebraska Beef Limited,

Plaintiff,

Civil No. 01-CV-2375 (JNE/JGL)

vs.

Wells Fargo Business Credit, Inc., f/k/a
Norwest Business Credit, Inc.,

Defendant.

**STIPULATION TO DISMISSAL OF COUNTERCLAIM**

---

The parties hereby stipulate under Fed. R. Civ. P. 41(a) that the counterclaim of Defendant Wells Fargo Business Credit, Inc. in this action is hereby dismissed with prejudice.

Dated:____________________

LAMSON, DUGAN and MURRAY, LLP

William M. Lamson

William M. Lamson, Jr., #12374
Brian J. Brislen, #22226
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300 = telephone
(402) 397-8450 = facsimile

ATTORNEYS FOR PLAINTIFF
NEBRASKA BEEF LIMITED

Dated:____________________

FAEGRE & BENSON, LLP

____________________
Charles F. Webber, #215247
Erik J. Girvan, #320079
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000 = telephone
(612) 766-1600 = facsimile

ATTORNEYS FOR DEFENDANT
WELLS FARGO BUSINESS CREDIT

**EXHIBIT B**

COPY

FAEGRE & BENSON LLP

COPY

UNITED STATES | ENGLAND | GERMANY | CHINA

CHARLES F. WEBBER
CWebber@faegre.com
612.766.8719

January 4, 2007

BY FACSIMILE (402-397-7824) AND MAIL

William M. Lamson, Jr.
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114

Re: Nebraska Beef, Limited v. Wells Fargo Business Credit, Inc.

Dear Mr. Lamson:

Section 4 of the Settlement Agreement and Mutual Release in the above case provides that if "the Eighth Circuit affirms the Summary Judgment order, then . . . Nebraska Beef shall pay to Wells Fargo: (i) $102,997.12, plus (ii) all costs, expenses, and attorneys' fees incurred by Wells Fargo relating to the appeal, within 10 days of the date that Wells Fargo delivers a statement of those costs, expenses, and attorneys' fees to Nebraska Beef or its counsel."

On December 11, 2006, the Eighth Circuit affirmed the Summary Judgment order. Thus, Nebraska Beef is required to pay Wells Fargo no later than January 15, 2007, $102,997.12 plus all costs, expenses, and attorneys' fees incurred by Wells Fargo relating to the appeal, which total $15,725. 43 and are itemized in the enclosed statement. Thus, the total payment that is due from Nebraska Beef by January 15, 2007, is **$118,722.55**. Upon Wells Fargo's receipt of that amount, I will deliver to you a Stipulation of Dismissal in accordance with Section 4 of the Settlement Agreement and Mutual Release.

Please call me at 612-766-8719 when you receive this letter so that we can discuss the logistics of payment. Thank you.

Very truly yours,

Charles F. Webber

CFW:holjl
Enclosures
cc: Cynthia M. Klaus
fb.us.1743533.01

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.,

Defendant.

Civil No. 01-CV-2375 JNE/JGL

**WELLS FARGO's STATEMENT OF COSTS, EXPENSES, AND ATTORNEYS' FEES INCURRED ON APPEAL**

In accordance with Section 4 of the Settlement Agreement and Mutual Release between the parties in this action, Wells Fargo Business Credit, Inc., a division of Wells Fargo Bank, N.A., hereby states that it incurred costs, expenses, and attorneys' fees totaling $15,725.43 in connection with the appeal in this action. A detailed itemization of the costs, expenses, and attorneys' fees incurred is attached hereto as Exhibit A.

Dated: January 3, 2007

**FAEGRE & BENSON LLP**

s/ Charles F. Webber
Charles F. Webber (#215247)
Erik Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Wells Fargo Bank, N.A.,
successor by merger to
Wells Fargo Business Credit, Inc.,
f/k/a Norwest Business Credit, Inc.

fb.us.1745980.01

F E E S

| Date | Name | Description of Services | Bill Hours | Bill Rate $ | Bill Value | Tax Code | Work Hours | $ Work Value |
|---|---|---|---|---|---|---|---|---|
| 01/04/2006 | E. Girvan | Review notice of appeal | .20 | 220.00 | 44.00 | 0 | .20 | 44.00 |
| 01/04/2006 | C. Webber | Conference with D. Larson regarding status; review notice of appeal; e-mail to clients regarding same | .20 | 395.00 | 79.00 | 0 | .20 | 79.00 |
| 01/20/2006 | C. Webber | Review recent pleadings and notices regarding appeal; e-mail to client regarding same | .10 | 395.00 | 39.50 | 0 | .10 | 39.50 |
| 01/23/2006 | E. Girvan | Review information from 8th Circuit regarding deadlines on appeal | .70 | 220.00 | 154.00 | 0 | .70 | 154.00 |
| 01/23/2006 | C. Webber | Call to J. Martin of Eighth Circuit settlement office regarding potential for settlement of case | .20 | 395.00 | 79.00 | 0 | .20 | 79.00 |
| 01/24/2006 | C. Webber | Review e-mail from E. Girvan regarding appeal steps; review appellate rules; prepare corporate disclosure statement; e-mail to D. Larson regarding same | .30 | 395.00 | 118.50 | 0 | .30 | 118.50 |
| 01/27/2006 | C. Webber | Prepare notice of appearance form; revise corporate disclosure statement; conference with Eighth Circuit clerk; file and serve appearance form and corporate disclosure statement | .50 | 395.00 | 197.50 | 0 | .50 | 197.50 |
| 01/30/2006 | E. Girvan | Draft appearance form | .20 | 220.00 | 44.00 | 0 | .20 | 44.00 |
| 02/22/2006 | E. Girvan | Contacting B. Brislan regarding request for extension on briefing | .00 | .00 | .00 | 0 | .20 | 44.00 |
| 03/06/2006 | C. Webber | Prepare notice of appearance form; file same | .10 | 395.00 | 39.50 | 0 | .10 | 39.50 |
| 03/08/2006 | C. Webber | Review e-mail from Nebraska Beef counsel regarding contents of joint appendix on appeal; review items for inclusion in joint appendix; review court docket; e-mail to counsel regarding additions to joint appendix | .40 | 395.00 | 158.00 | 0 | .40 | 158.00 |
| 03/21/2006 | C. Webber | Review Nebraska Beef appeal brief; calculate deadline for response; e-mail to clients regarding same | .20 | 395.00 | 79.00 | 0 | .20 | 79.00 |
| 03/22/2006 | C. Webber | Review appeal brief; conference with B. Prebil regarding same; draft response brief | 1.00 | 395.00 | 395.00 | 0 | 1.00 | 395.00 |
| 04/01/2006 | C. Webber | Draft appeal brief | 1.60 | 395.00 | 632.00 | 0 | 1.60 | 632.00 |
| 04/04/2006 | C. Webber | Review and revise appeal brief | 2.00 | 395.00 | 790.00 | 0 | 2.00 | 790.00 |
| 04/05/2006 | C. Webber | Review and revise appeal brief | 1.90 | 395.00 | 750.50 | 0 | 1.90 | 750.50 |
| 04/07/2006 | C. Webber | Research and revise appeal brief | 1.60 | 395.00 | 632.00 | 0 | 1.60 | 632.00 |
| 04/15/2006 | C. Webber | Research and draft appeal brief | 1.50 | 395.00 | 592.50 | 0 | 1.50 | 592.50 |

EXHIBIT A

| Date | Name | Description of Services | Bill Hours | Bill Rate | $ Bill Value | Tax Code | Work Hours | $ Work Value |
|---|---|---|---|---|---|---|---|---|
| 04/16/2006 | C. Webber | Research, draft, and revise appeal brief | 1.20 | 395.00 | 474.00 | 0 | 1.20 | 474.00 |
| 04/17/2006 | E. Girvan | Review appeals briefing | .10 | 220.00 | 22.00 | 0 | .10 | 22.00 |
| 04/17/2006 | C. Webber | Review, research, and revise appeal brief; conference with E. Girvan regarding same; e-mail to A. Van Oort and E. Girvan regarding same | 2.70 | 395.00 | 1,066.50 | 0 | 2.70 | 1,066.50 |
| 04/18/2006 | E. Girvan | Review and edit appeal brief | 1.30 | 220.00 | 286.00 | 0 | 1.30 | 286.00 |
| 04/19/2006 | E. Girvan | Review appeal brief; conferencing with C. Webber regarding brief | .80 | 220.00 | 176.00 | 0 | .80 | 176.00 |
| 04/19/2006 | C. Webber | Conferences with E. Girvan regarding appeal brief; revise appeal brief; call from opposing counsel regarding citizenship of Nebraska Beef's partners | 3.90 | 395.00 | 1,540.50 | 0 | 3.90 | 1,540.50 |
| 04/19/2006 | A. Van Oort | Review and edit brief on appeal to the Eighth Circuit | 1.50 | 310.00 | 465.00 | 0 | 1.50 | 465.00 |
| 04/20/2006 | C. Webber | Review comments on brief from A. Van Oort; conference with A. Van Oort regarding same | 3.70 | 395.00 | 1,461.50 | 0 | 3.70 | 1,461.50 |
| 04/20/2006 | A. Van Oort | Confer with C. Webber to shape the arguments in the appeal brief | .40 | 310.00 | 124.00 | 0 | .40 | 124.00 |
| 04/21/2006 | C. Webber | E-mail from B. Prebil; revise appeal brief; e-mail to B. Prebil; e-mails to and from D. Larson | .80 | 395.00 | 316.00 | 0 | .80 | 316.00 |
| 04/24/2006 | C. Webber | Review and revise appeal brief; preparing for service and filing; conference with D. Larson regarding same | 3.20 | 395.00 | 1,264.00 | 0 | 3.20 | 1,264.00 |
| 05/09/2006 | C. Webber | Review reply brief from Nebraska Beef; e-mail to clients regarding same | .20 | 395.00 | 79.00 | 0 | .20 | 79.00 |
| 05/10/2006 | C. Webber | Conference with B. Prebil regarding appeal briefing and strategy | .30 | 395.00 | 118.50 | 0 | .30 | 118.50 |
| 08/30/2006 | C. Webber | Reviewing e-mails from colleagues regarding Eighth Circuit panel; conference with B. Prebil re oral argument | .50 | 395.00 | 197.50 | 0 | .50 | 197.50 |
| 09/05/2006 | E. Girvan | Conference regarding scheduling | .40 | 255.00 | 102.00 | 0 | .40 | 102.00 |
| 09/08/2006 | C. Webber | Reviewing notice of oral argument from Eighth Circuit; e-mail to client re same | .10 | 430.00 | 43.00 | 0 | .10 | 43.00 |
| 09/18/2006 | E. Girvan | Conference with clerk regarding cancellation of hearing | .10 | 255.00 | 25.50 | 0 | .10 | 25.50 |
| 09/18/2006 | C. Webber | Reviewing notice from Eighth Circuit re cancellation of oral argument; e-mail to clients re same; conference with E. Girvan re same | .20 | 430.00 | 86.00 | 0 | .20 | 86.00 |
| 12/11/2006 | C. Webber | Reviewing court of appeals opinion; conference with D. Larson re same; conference with B. Prebil re same; reviewing settlement agreement and analyzing next steps | .70 | 430.00 | 301.00 | 0 | .70 | 301.00 |
| 12/12/2006 | C. Webber | Conference with P. Larson re status and | .90 | 430.00 | 387.00 | 0 | .90 | 387.00 |

| Date | Name | Description of Services | Bill Hours | Bill Rate $ | Bill Value | Tax Code | Work Hours $ | Work Value |
|---|---|---|---|---|---|---|---|---|
| | | strategy; reviewing court of appeals opinion and mandate; reviewing settlement agreement | | | | | | |
| | | Matter Total | 35.70 | $ | 13,359.00 | | 35.90$ | 13,403.00 |

C O S T S

| Date | Name | Costs | Sum | $ Amount | Code | Tax | Ck # | Index |
|---|---|---|---|---|---|---|---|---|
| 01/27/2006 | C. Webber | Internal Copying/Printing | Y | 3.45 | 000002 | 0 | | 5863498 |
| 01/30/2006 | E. Girvan | Internal Copying/Printing | Y | .15 | 000002 | 0 | | 5866856 |
| 03/06/2006 | C. Webber | Internal Copying/Printing | Y | .90 | 000002 | 0 | | 5912167 |
| 04/24/2006 | C. Webber | Internal Copying/Printing | Y | 62.10 | 000002 | 0 | | 5984199 |
| 04/24/2006 | C. Webber | Internal Copying/Printing | Y | 63.60 | 000002 | 0 | | 5984207 |
| | **** 000002 | Internal Copying/Printing 130.20 | **** | | | | | |
| 04/25/2006 | C. Webber | Internal Binding | Y | 21.00 | 000101 | 0 | | 5986072 |
| | **** 000101 | Internal Binding 21.00 | **** | | | | | |
| 04/25/2006 | C. Webber | Card Stock - 8-1/2 x 11 | Y | 2.25 | 000203 | 0 | | 5986073 |
| | **** 000203 | Card Stock - 8-1/2 x 11 2.25 | **** | | | | | |
| 04/24/2006 | C. Webber | Postage | Y | 11.13 | 000300 | 0 | | 5992900 |
| | **** 000300 | Postage 11.13 | **** | | | | | |
| 01/23/2006 | C. Webber | Telecommunication Costs ST LOUIS, MO, 1(314)244-2499, 8719, CHARLES F. WEBBER | Y | .28 | 000401 | 0 | | 5854695 |
| 01/27/2006 | C. Webber | Telecommunication Costs ST LOUIS, MO, 1(314)244-2400, 8719, CHARLES F. WEBBER | Y | .14 | 000401 | 0 | | 5864238 |
| 01/30/2006 | FIRM | Telecommunication Costs ST LOUIS, MO, 1(314)244-2780, 1724, | Y | .07 | 000401 | 0 | | 5866883 |
| 02/22/2006 | E. Girvan | Telecommunication Costs OMAHA, NE, 1(402)397-7300, 6933, ERIK J. GIRVAN | Y | .00 | 000401 | 0 | | 5899609 |
| 04/19/2006 | C. Webber | Telecommunication Costs OMAHA, NE, 1(402)397-7300, 8719, CHARLES F. WEBBER | Y | .14 | 000401 | 0 | | 5978543 |
| 09/14/2006 | C. Webber | Telecommunication Costs ST LOUIS, MO, 1(314)244-2461, 8719, CHARLES F. WEBBER | Y | .17 | 000401 | 0 | | 6166468 |
| 09/26/2006 | C. Webber | Telecommunication Costs ST LOUIS, MO, 1(314)244-2400, 8719, CHARLES F. WEBBER | Y | .08 | 000401 | 0 | | 6178966 |
| | **** 000401 | Telecommunication Costs .88 | **** | | | | | |

C O S T S

| Date | Name | Costs | Sum | $ Amount | Code | Tax | Ck # | Index |
|---|---|---|---|---|---|---|---|---|
| 01/30/2006 | E. Girvan | Facsimile | Y | .50 | 000402 | 0 | | 5864761 |
| | **** 000402 | Facsimile | .50 **** | | | | | |
| 05/23/2006 | C. Webber | Federal Express - FEDERAL EXPRESS : 4/24/06 to St. Louis, MO Bank ID: NW Check Number: 689612 | Y | 30.34 | 000503 | 0 | 689612 | 6028453 |
| | **** 000503 | Federal Express | 30.34 **** | | | | | |
| 05/10/2006 | C. Webber | Metro Legal (Local Courier) - METRO LEGAL SERVICES, INC. : Legal Process Service - 1 hour rate, C. Klaus, 4/24/06, Bloomington Bank ID: NW Check Number: 688263 | Y | 66.00 | 000506 | 0 | 688263 | 6008429 |
| | **** 000506 | Metro Legal (Local Courier) | 66.00 **** | | | | | |
| 11/27/2006 | C. Webber | Airfare - DINER'S CLUB - CITICORP service fee for Charles Webber travel Bank ID: NW Check Number: 707356 | Y | 35.00 | 000607 | 0 | 707356 | 6266991 |
| 11/27/2006 | C. Webber | Airfare - DINER'S CLUB - CITICORP service fee for Charles Webber travel Bank ID: NW Check Number: 707356 | Y | 35.00 | 000607 | 0 | 707356 | 6267025 |
| 11/28/2006 | C. Webber | Airfare - DINER'S CLUB - CITICORP service fee for Charles Webber travel Bank ID: NW Check Number: 707356 | Y | 35.00 | 000607 | 0 | 707356 | 6267195 |
| | **** 000607 | Airfare | | 105.00 | | | | |
| 04/07/2006 | C. Webber | Westlaw (Online Legal Research) | Y | 221.10 | 000702 | 0 | | 5963812 |
| 04/15/2006 | C. Webber | Westlaw (Online Legal Research) | Y | 757.40 | 000702 | 0 | | 5977120 |
| 04/16/2006 | C. Webber | Westlaw (Online Legal Research) | Y | 299.59 | 000702 | 0 | | 5977121 |
| 04/17/2006 | C. Webber | Westlaw (Online Legal Research) | Y | 297.24 | 000702 | 0 | | 5977122 |
| 04/19/2006 | C. Webber | Westlaw (Online Legal Research) | Y | 296.82 | 000702 | 0 | | 5995575 |
| 04/20/2006 | C. Webber | Westlaw (Online Legal Research) | Y | 90.29 | 000702 | 0 | | 5995576 |
| 04/24/2006 | C. Webber | Westlaw (Online Legal Research) | Y | 35.73 | 000702 | 0 | | 5995577 |
| | **** 000702 | Westlaw (Online Legal Researc | 1,998.17 **** | | | | | |
| 01/04/2006 | C. Webber | Online Docket Search | Y | .00 | 000704 | 0 | | 5890884 |
| 01/04/2006 | C. Webber | Online Docket Search | Y | .00 | 000704 | 0 | | 5890885 |
| 03/08/2006 | C. Webber | Online Docket Search | Y | .40 | 000704 | 0 | | 5967280 |
| 04/01/2006 | C. Webber | Online Docket Search | Y | .40 | 000704 | 0 | | 6018431 |
| 04/01/2006 | C. Webber | Online Docket Search | Y | .16 | 000704 | 0 | | 6018432 |
| | **** 000704 | Online Docket Search | .96 **** | | | | | |

-- C O S T S --

| Date | Name | Costs | Sum | $ Amount | Code | Tax | Ck # | Index |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Cost Total | $ | 3,505.03 |
| Unbilled Costs Not on Proforma | $ | .00 |
| Total Unbilled Costs | $ | 3,505.03 |

-- T I M E AND C O S T S U M M A R Y --

-- F E E S U M M A R Y --

| Timekeeper Name | # | Hours | Bill Rate | Bill Value | Work Value | Bill Amount | Last WIP Date | Additional Comments |
|---|---|---|---|---|---|---|---|---|
| E. Girvan | 0001 | 3.80 | 224.61 | 853.50 | 897.50 $ | | 12/22/06 | |
| C. Webber | 0450 | 30.00 | 397.22 | 11,916.50 | 11,916.50 $ | | 12/19/06 | |
| A. Van Oort | 0948 | 1.90 | 310.00 | 589.00 | 589.00 $ | | 01/01/07 | |
| Total $ | | | | 13,359.00 | 13,403.00 | | | |

-- C O S T S U M M A R Y -- N O N - T A X A B L E

| Cost Code | Cost Description | | $ Amount | Quantity |
|---|---|---|---|---|
| 000607 | Airfare | $ | 105.00 | 3 |
| 000203 | Card Stock - 8-1/2 x 11 | $ | 2.25 | 45 |
| 000402 | Facsimile | $ | 0.50 | 2 |
| 000503 | Federal Express | $ | 30.34 | 1 |
| 000101 | Internal Binding | $ | 21.00 | 21 |
| 000002 | Internal Copying/Printing | $ | 130.20 | 868 |
| 000506 | Metro Legal (Local Courier) | $ | 66.00 | 1 |
| 000704 | Online Docket Search | $ | 0.96 | 5 |
| 000300 | Postage | $ | 11.13 | 1 |
| 000401 | Telecommunication Costs | $ | 0.88 | 7 |
| 000702 | Westlaw (Online Legal Research) | $ | 1,998.17 | 7 |
| | Total Costs | $ | 2,366.43 | |