**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.,

Defendant.

Case No. 01-CV-2375 (JNE/FLN)

**WELLS FARGO's NOTICE OF HEARING ON SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that the Court will hold a hearing on the motion of Wells Fargo Bank, N.A. ("Wells Fargo") for an order enforcing the Settlement Agreement and Mutual Release between the parties in this case. The hearing will be held before the Honorable Joan N. Ericksen on Monday, February 26, 2007 at 9:30 a.m. (or as soon thereafter as counsel may be heard) in Courtroom 12W of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated: January 24, 2007

**FAEGRE & BENSON LLP**

s/ Charles F. Webber
Charles F. Webber (#215247)
Erik Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Wells Fargo Bank, N.A.,
successor by merger to
Wells Fargo Business Credit, Inc.,
f/k/a Norwest Business Credit, Inc.

fb.us.1784584.01