**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.,

Defendants.

Case No. 01-CV-2375 (JNE/FLN)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on January 23, 2007, I caused the following documents:

1) **Wells Fargo's Motion to Enforce Settlement Agreement**;

2) **Wells Fargo's Memorandum in Support of Second Motion to Enforce Settlement Agreement;**

3) **Declaration of Charles F. Webber in Support of Wells Fargo's Motion to Enforce Settlement Agreement; and**

4) **Wells Fargo's Index of Exhibits to Second Motion to Enforce Settlement Agreement**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Brian J. Brislen (bbrislen@ldmlaw.com)

Cynthia M. Klaus (cklaus@larkinhoffman,com, elaurents@larkinhoffman.com)

William M. Lamson, Jr. (wlamson@ldmlaw.com)

I further certify that two courtesy copies of the above documents will be hand delivered to The Honorable Joan N. Ericksen, who is hearing the motion.

Dated: January 24, 2007

FAEGRE & BENSON LLP

s/ Charles F. Webber

Charles F. Webber, # 215247
*cwebber@faegre.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

*Attorneys for Defendant*

fb.us.1784953.01