**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.,

Defendant.

Case No. 01-CV-2375 (JNE/FLN)

**WELLS FARGO's NOTICE OF WITHDRAWAL OF SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A. ("Wells Fargo") hereby withdraws its motion for an order enforcing the Settlement Agreement and Mutual Release between the parties in this case, which was scheduled for hearing before the Honorable Joan N. Ericksen on Monday, February 26, 2007 at 9:30 a.m. in Courtroom 12W of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated: February 5, 2007

**FAEGRE & BENSON LLP**

s/ Charles F. Webber
Charles F. Webber (#215247)
Erik Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Wells Fargo Bank, N.A.,
successor by merger to
Wells Fargo Business Credit, Inc.,
f/k/a Norwest Business Credit, Inc.

fb.us.1807159.01