**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nebraska Beef Limited,

Plaintiff,

vs.

Wells Fargo Business Credit, Inc., f/k/a Norwest Business Credit, Inc.,

Defendant.

Civil No. 01-CV-2375 (JNE/JGL)

**STIPULATION TO**
**DISMISSAL OF COUNTERCLAIM**

The parties hereby stipulate under Fed. R. Civ. P. 41(a) that the counterclaim of defendant Wells Fargo Business Credit, Inc. in this action is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: 2-9-07

LAMSON, DUGAN and MURRAY, LLP

William M. Lamson, Jr.
Brian J. Brislen
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300

LARKIN HOFFMAN DALY & LINDGREN, LTD.
Cynthia M. Klaus
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

ATTORNEYS FOR PLAINTIFF
NEBRASKA BEEF LIMITED

Dated: 2/5/07

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
Erik J. Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone (612) 766-7000

ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK, N.A.,
successor by merger to
WELLS FARGO BUSINESS CREDIT, INC.