UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nebraska Beef, Ltd.,

Plaintiffs,

v.

Wells Fargo Business,

Defendant.

File No. 01-CV-2375 JNE/FLN

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 12, 2007, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Stipulation to Dismissal of Counterclaim

and that ECF will send an e-notice of the electronic filing to the following:

- **Erik J Girvan**
  egirvan@faegre.com lswanson@faegre.com
- **Charles F Webber**
  cwebber@faegre.com jholmgren@faegre.com;cculbertson@faegre.com

Dated: February 12, 2007

s/Cynthia M. Klaus

Cynthia M. Klaus (27883X)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff Nebraska Beef, Ltd.